APPEAL,CLOSED

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:24−mc−00142−TJK
### *Internal Use Only*

| | |
|---|---|
| IN RE SUBPOENA ISSUED TO PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA<br>Assigned to: Judge Timothy J. Kelly<br>Case in other court: Superior Court for the District of Columbia, 2021 CF3 003737<br>Cause: MS:NoticeR | Date Filed: 10/22/2024<br>Date Terminated: 04/30/2025<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Plaintiff |

**In Re**

**SUBPOENA ISSUED TO PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA**

**Petitioner**

| | | |
|---|---|---|
| **PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA** | represented by | **Tabitha Bartholomew**<br>DOJ−USAO<br>Civil Division<br>601 D Street NW<br>Washington, DC 20530<br>202−252−2529<br>Email: tabitha.bartholomew@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Respondent**

| | | |
|---|---|---|
| **KENNETH SANDERS** | represented by | **Hanna Perry**<br>PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA<br>633 Indiana Avenue NW<br>Washington, DC 20004<br>202−579−0633<br>Email: hperry@pdsdc.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kavya Lakshmi Reddy Naini**<br>PUBLIC DEFENDER SERVICE FOR THE DISTRICT OF COLUMBIA<br>633 Indiana Ave, NW<br>Washington, DC 20004<br>(202) 824−2529<br>Fax: (202) 824−2123<br>Email: KNaini@pdsdc.org |

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/22/2024 | 1 | NOTICE OF REMOVAL from Superior Court for the District of Columbia, case number 2021 CF3 003737 (Fee Status:Filing Fee Waived) filed by PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Bartholomew, Tabitha) (Attachment 1 replaced on 10/22/2024) (zmtm). (Attachment 1 replaced on 10/22/2024) (zmtm). (Entered: 10/22/2024) |
| 10/22/2024 |  | Case Assigned to Judge Timothy J. Kelly. (zmtm) (Entered: 10/22/2024) |
| 10/22/2024 | 2 | ENTERED IN ERROR.....NOTICE to Counsel/Party re 1 Notice of Removal, (Attachments: # 1 Notice and Consent)(zmtm) Modified on 10/25/2024 (zmtm). (Entered: 10/22/2024) |
| 10/22/2024 | 3 | STANDING ORDER. See Order for details. Signed by Judge Timothy J. Kelly on 10/22/2024. (lctjk1) (Entered: 10/22/2024) |
| 10/29/2024 | 4 | NOTICE of Appearance by Kavya Lakshmi Reddy Naini on behalf of KENNETH SANDERS (Naini, Kavya) (Entered: 10/29/2024) |
| 10/30/2024 | 5 | NOTICE of Appearance by Hanna Perry on behalf of KENNETH SANDERS (Perry, Hanna) (Entered: 10/30/2024) |
| 12/18/2024 | 6 | Joint MOTION for Briefing Schedule by KENNETH SANDERS. (Attachments: # 1 Text of Proposed Order)(Perry, Hanna) (Entered: 12/18/2024) |
| 12/18/2024 |  | MINUTE ORDER granting the parties' 6 Joint Motion for a Briefing Schedule. For the reasons set forth in the parties' 6 Joint Motion, it is hereby ORDERED that the parties' 6 Joint Motion is GRANTED. It is further ORDERED that the following schedule shall govern the briefing in this case: Defendant shall file his motion to remand or in the alternative to compel by December 20, 2024; the Government shall file its opposition and motion to quash by January 13, 2025; Defendant shall file his opposition to the Government's motion and his reply in support of his motion by January 27, 2025; and the Government shall file its reply in support of its motion by February 5, 2025. Signed by Judge Timothy J. Kelly on 12/18/2024. (lctjk3) (Entered: 12/18/2024) |
| 12/20/2024 | 7 | MOTION to Remand to State Court *or in the Alternative, Enforce the Subpoena* by KENNETH SANDERS. (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order)(Perry, Hanna). Added MOTION to Enforce on 12/30/2024 (znmw). (Entered: 12/20/2024) |
| 01/13/2025 | 8 | MOTION to Quash by PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA. (Bartholomew, Tabitha) (Entered: 01/13/2025) |
| 01/13/2025 | 9 | Memorandum in opposition to re 7 Motion to Remand to State Court, Motion to Enforce filed by PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA. (Bartholomew, Tabitha) (Entered: 01/13/2025) |
| 01/27/2025 | 10 | REPLY to opposition to motion re 7 Motion to Remand to State Court, Motion to Enforce filed by KENNETH SANDERS. (Perry, Hanna) (Entered: 01/27/2025) |
| 01/27/2025 | 11 | Memorandum in opposition to re 8 Motion to Quash filed by KENNETH SANDERS. (Attachments: # 1 Text of Proposed Order)(Perry, Hanna) (Entered: 01/27/2025) |

| | | |
|---|---|---|
| 02/05/2025 | 12 | REPLY to opposition to motion re 8 Motion to Quash filed by PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA. (Bartholomew, Tabitha) (Entered: 02/05/2025) |
| 02/07/2025 | | MINUTE ORDER: It is hereby ORDERED that the parties shall appear for a status conference on February 13, 2025, at 11:00 a.m. to be held via videoconference. The parties shall contact the Courtroom Deputy at (202) 354–3495 at least one business day in advance to make arrangements to appear. Signed by Judge Timothy J. Kelly on 2/7/2025. (lctjk3) (Entered: 02/07/2025) |
| 02/13/2025 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference held on 2/13/2025. Motion Hearing set for 4/11/2025 at 9:30 AM in Courtroom 11 before Judge Timothy J. Kelly. (Court Reporter: Chandra Kean) (zkh) (Entered: 02/13/2025) |
| 02/13/2025 | | MINUTE ORDER: As discussed with the parties at today's scheduling conference, it is hereby ORDERED that the parties shall appear for an oral argument on Respondent's 7 Motion and Petitioner's 8 Motion at 9:30 a.m. on April 11, 2025 in Courtroom 11. Signed by Judge Timothy J. Kelly on 2/13/2025. (lctjk3) (Entered: 02/13/2025) |
| 03/20/2025 | 13 | NOTICE OF SUPPLEMENTAL AUTHORITY by PRETRIAL SERVICES AGENCY FOR THE DISTRICT OF COLUMBIA (Bartholomew, Tabitha) (Entered: 03/20/2025) |
| 04/11/2025 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Motion Hearing held on 4/11/2025. Oral argument heard on Respondent's 7 MOTION to Remand and Petitioner's 8 MOTION to Quash, and taken under advisement. (Court Reporter: Chandra Kean) (zkh) (Entered: 04/11/2025) |
| 04/29/2025 | 14 | TRANSCRIPT OF PROCEEDINGS before Judge Timothy J. Kelly held on 4/11/2025. Page Numbers: 1–61. Date of Issuance: April 27, 2025. Court Reporter/Transcriber Chandra Kean, RMR, Telephone number 202–354–3404. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 5/20/2025. Redacted Transcript Deadline set for 5/30/2025. Release of Transcript Restriction set for 7/28/2025.(Kean, Chandra) Modified to add date of hearing on 4/30/2025 (znmw). (Entered: 04/29/2025) |
| 04/30/2025 | 15 | ORDER granting Petitioner's 8 Cross–Motion to Quash and denying Respondent's 7 Motion to Remand or, in the Alternative, Enforce the Subpoena. See Order for details. This is a final, appealable order. The Clerk of Court is directed to close the case. Signed by Judge Timothy J. Kelly on 4/30/2025. (lctjk3) (Entered: 04/30/2025) |
| 04/30/2025 | 16 | |

|  |  | MEMORANDUM OPINION in support of the Court's 15 Order granting Petitioner's 8 Cross–Motion and denying Respondent's 7 Motion. Signed by Judge Timothy J. Kelly on 4/30/2025. (lctjk3) (Entered: 04/30/2025) |
|---|---|---|
| 05/22/2025 | 17 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 15 Order on Motion to Remand to State Court,, Order on Motion to Enforce,, Order on Motion to Quash, 16 Memorandum & Opinion by KENNETH SANDERS. Fee Status: No Fee Paid. Parties have been notified. (Perry, Hanna) (Entered: 05/22/2025) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

*In Re Subpoena Issued to Pretrial Services Agency for the District of Columbia in*

UNITED STATES OF AMERICA

*Petitioner,*

v.

KENNETH SANDERS

*Respondent.*

Misc. No. 24-142 (TJK)

## NOTICE OF APPEAL

Notice is hereby given that Kenneth Sanders, respondent in the above-named matter, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's final and appealable order of April 30, 2025 (ECF Nos. 15, 16), denying Mr. Sanders' Motion to Remand (ECF No. 7) and granting the Pretrial Services Agency for the District of Columbia's Motion to Quash (ECF No. 8).

As an indigent criminal defendant represented by the Public Defender Service for the District of Columbia, Mr. Sanders requests a waiver of fees for this Notice of Appeal.

Respectfully submitted,

/s/ Hanna Perry
Hanna Perry, D.C. Bar No. 90003756
Kavya Naini, D.D.C. No. D00490
Public Defender Service for the
District of Columbia
633 3rd Street N.W.
Washington D.C. 20001

*Counsel for Kenneth Sanders*

May 22, 2025